UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

RICKY CARL NEAL
DEBRA H. NEAL,

        Debtor,
_____/

Case No. 08-60541-TJT

Chapter 7

HON. THOMAS J. TUCKER

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

NOW COMES the Debtors', by and through their attorney, David I. Goldstein, and say, by way of their Response to Trustee's Motion to dismiss, that:

1. Debtor admits the allegations contained in paragraph 1 of the Motion for the reason that the same are true;

2. Debtor admits the allegations contained in paragraph 2 of the Motion for the reason that the same are true;

3. Debtor admits the allegations contained in paragraph 3 of the Motion for the reason that the same are true;

4. Debtor admits the allegations contained in paragraph 4 of the Motion for the reason that the same are true;

5. Debtor makes no response to the allegations contained in paragraph 5 of the Motion, as on response is necessary;

6. Debtor makes no response to the allegations contained in paragraph 6 of the Motion, as on response is necessary;

7. Debtor makes no response to the allegations contained in paragraph 7 of the Motion,

as on response is necessary;

8. Debtor makes no response to the allegations contained in paragraph 8 of the Motion, as on response is necessary;

9. Debtor makes no response to the allegations contained in paragraph 9 of the Motion, as on response is necessary;

10. Debtor admits the allegations contained in paragraph 10 of the Motion for the reason that the same are true;

11. Debtor makes no response to the allegations contained in paragraph 11 of the Motion, being without sufficient knowledge, but leaves moving party to its proofs;

12. Debtor makes no response to the allegations contained in paragraph 12 of the Motion, being without sufficient knowledge, but leaves moving party to its proofs;

13. Debtor makes no response to the allegations contained in paragraph 13 of the Motion, being without sufficient knowledge, but leaves moving party to its proofs;

14. Debtor makes no response to the allegations contained in paragraph 14 of the Motion, as on response is necessary;

15. Debtor denies the allegations contained in paragraph 15 of the Motion for the reason that the same are untrue;

16. In response to paragraph 16 of the Motion, the debtors assert that these schedules speak for themselves;

17. In response to paragraph 17 of the Motion, the debtors assert that the schedule speak for themselves;

18, In response to paragraph 18 of the Motion, the debtors assert that the schedule speak for themselves;

19. In response to paragraph 19 of the Motion, with regard to additional monthly expenses, the schedules speak for themselves; the debtors deny that any expenses that they pay are excessive or unrealistic;

20. In response to paragraph 20 of the Motion, with regard to additional monthly expenses, the schedules speak for themselves; the debtors deny that any expenses that they pay are excessive or unrealistic;

21. Debtor admits the allegations contained in paragraph 21 of the Motion for the reason that the same are true;

22. In response to paragraph 22, the debtors are unable to respond because the foregoing items can not be reduced or eliminated;

23. Debtor denies the allegations contained in paragraph 23 of the Motion for the reason that the same are untrue;

WHEREFORE Debtors pray that the Motion be denied.

November 12, 2008

_____
David I. Goldstein (P14130)
Attorney for Debtors
2010 Hogback, Ste. 2
Ann Arbor, MI 48105
(734)971-0110