UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In RE:  CASE NO: 08-60541-TJT

RICKY CARL NEAL
DEBRA H. NEAL  Judge: THOMAS J. TUCKER
617 CAMPBELL
YPSILANTI, MI  48198

CHAPTER 13 FINAL REPORT AND ACCOUNT

SSN#1 - XXX-XX-7351

SSN#2 - XXX-XX-1082

| This Case was | The Case was |
| Commenced on | Concluded on |
| 08/25/2008 | 03/03/2009 |

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements and are incorporated by reference in this report.

**HOLDERS OF ALLOWED CLAIMS:** Please take notice that you have 30 days from the date of service of this document to file an objection to this report. If no objection is timely filed, the Trustee may be discharged and the case may be closed without a hearing. If a timely

**RECEIPTS**: Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: **$0.00**

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name Interest | Class Principal | Allowed | | Percent | Principal | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSA | | 0.00 | | | 0.00 | |
| 0 | RICKY CARL NEAL | DEBTOR REFUND | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 |
| 0 | DAVID GOLDSTEIN | ATTORNEY FEE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 1 | RECOVERY MANAGEMENT SY | U- UNSECURED | 127.37 | 0.00% | 0.00 | 0.00 | 0.00 |
| 2 | Schneiderman & Sherman, PC | N-NOTICE ONLY | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 |
| 3 | RAS Group | U- UNSECURED | 6,344.58 | 0.00% | 0.00 | 0.00 | 0.00 |
| 4 | eCAST Settlement Corporation ass | U- UNSECURED | 6,199.05 | 0.00% | 0.00 | 0.00 | 0.00 |
| 5 | eCAST Settlement Corporation ass | U- UNSECURED | 1,380.94 | 0.00% | 0.00 | 0.00 | 0.00 |
| 6 | eCAST Settlement Corporation ass | U- UNSECURED | 4,186.90 | 0.00% | 0.00 | 0.00 | 0.00 |
| 7 | Wells Fargo Financial Michigan In | U- UNSECURED | 713.18 | 0.00% | 0.00 | 0.00 | 0.00 |

Case #  08-60541-TJT    RICKY CARL NEAL & DEBRA H. NEAL

## SUMMARY

Summary of disbursements during the administration of this plan:

| | ADMIN., CLAIMS AND REFUNDS | TOTAL PRINCIPAL AND | |
|---|---|---|---|
| UNSECURED | $18,952.02 | $0.00 | |
| SECURED | $0.00 | $0.00 | |
| PRIORITY | $0.00 | $0.00 | |
| ADMINISTRATIVE | $0.00 | $0.00 | |
| ATTORNEY | $0.00 | $0.00 | |
| TRUSTEE | $0.00 | $0.00 | |
| DEBTOR REFUND | $0.00 | $0.00 | |
| CLERK FEES | $0.00 | $0.00 | |
| | $18,952.02 | $0.00 | Total Disburseme |

Date of Service:  March 23, 2009

/s/  Tammy L. Terry

Tammy L. Terry, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the Chapter 13 Final Report and Account was mailed to Debtors, Debtors' Attorney, and the United States Trustee by First Class Mail. I also certify that on the date indicated below, a summary of the Chapter 13 Final Report and account was mailed to the holders of allowed claims by First Class Mail.

Dated:  03/23/2009                            /s/  Katherine Wade

Katherine Wade

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In RE:                                                                                              CASE NO: 08-60541-TJT

RICKY CARL NEAL
DEBRA H. NEAL                                                                                       Judge: THOMAS J. TUCKER
617 CAMPBELL
YPSILANTI, MI  48198

CHAPTER 13 FINAL REPORT AND ACCOUNT

SSN#1 - XXX-XX-7351

SSN#2 - XXX-XX-1082

This Case was                                                                                       The Case was
Commenced on                                                                                        Concluded on
08/25/2008                                                                                          03/03/2009

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements and are incorporated by reference in this report.

**HOLDERS OF ALLOWED CLAIMS:** Please take notice that you have 30 days from the date of service of this document to file an objection to this report. If no objection is timely filed, the Trustee may be discharged and the case may be closed without a hearing. If a timely

**RECEIPTS**: Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: **$0.00**

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name Interest | Class Principal | Allowed | | Percent | Principal | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSA | | 0.00 | | 0.00 | | |
| 0 | RICKY CARL NEAL | DEBTOR REFUND | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 |
| 0 | DAVID GOLDSTEIN | ATTORNEY FEE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 1 | RECOVERY MANAGEMENT SY | U- UNSECURED | 127.37 | 0.00% | 0.00 | 0.00 | 0.00 |
| 2 | Schneiderman & Sherman, PC | N-NOTICE ONLY | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 |
| 3 | RAS Group | U- UNSECURED | 6,344.58 | 0.00% | 0.00 | 0.00 | 0.00 |
| 4 | eCAST Settlement Corporation ass | U- UNSECURED | 6,199.05 | 0.00% | 0.00 | 0.00 | 0.00 |
| 5 | eCAST Settlement Corporation ass | U- UNSECURED | 1,380.94 | 0.00% | 0.00 | 0.00 | 0.00 |
| 6 | eCAST Settlement Corporation ass | U- UNSECURED | 4,186.90 | 0.00% | 0.00 | 0.00 | 0.00 |
| 7 | Wells Fargo Financial Michigan In | U- UNSECURED | 713.18 | 0.00% | 0.00 | 0.00 | 0.00 |

Case #  08-60541-TJT    RICKY CARL NEAL & DEBRA H. NEAL

## SUMMARY

Summary of disbursements during the administration of this plan:

| | ADMIN., CLAIMS AND REFUNDS | TOTAL PRINCIPAL AND | |
|---|---|---|---|
| UNSECURED | $18,952.02 | $0.00 | |
| SECURED | $0.00 | $0.00 | |
| PRIORITY | $0.00 | $0.00 | |
| ADMINISTRATIVE | $0.00 | $0.00 | |
| ATTORNEY | $0.00 | $0.00 | |
| TRUSTEE | $0.00 | $0.00 | |
| DEBTOR REFUND | $0.00 | $0.00 | |
| CLERK FEES | $0.00 | $0.00 | |
| | $18,952.02 | $0.00 | Total Disburseme |

Date of Service:  March 23, 2009

/s/  Tammy L. Terry

Tammy L. Terry, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the Chapter 13 Final Report and Account was mailed to Debtors, Debtors' Attorney, and the United States Trustee by First Class Mail. I also certify that on the date indicated below, a summary of the Chapter 13 Final Report and account was mailed to the holders of allowed claims by First Class Mail.

Dated:  03/23/2009

/s/  Katherine Wade

Katherine Wade